UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. CASTRO CASTAÑEDA,<br><br>Petitioner,<br><br>v.<br><br>DEBBIE ASUNCION, Warden,[1]<br><br>Respondent. | Case No. 18-cv-05586-DMR (PR)<br><br>**ORDER OF TRANSFER** |

On September 10, 2018, Petitioner, a state prisoner currently incarcerated at California State Prison-Los Angeles County, filed a *pro se* petition for a writ of habeas corpus. Dkt. 1.

On September 12, 2018, the Clerk of the Court sent a notice directing Petitioner to either pay the filing fee or file a completed prisoner's *in forma pauperis* ("IFP") application form. Dkt. 2. On that same date, the Clerk also sent a notice directing Petitioner to sign his petition. Dkt. 3. Finally, the Clerk sent a third notice directing Petitioner to complete and return to the court a Notice of Assignment of Prisoner Case to a Magistrate Judge. Dkt. 4.

On September 24, 2018, the three aforementioned notices were returned as undeliverable with the notation "NSN [no such number]." Dkt. 5.

On September 26, 2018, the Clerk re-sent the aforementioned notices to another address, which was taken from the envelope Petitioner had used to mail his petition.[2] To date, Petitioner has not responded to the notices. In addition, the notices have not been returned as undeliverable.

---

[1] Debbie Asuncion is the current warden of the prison where Petitioner is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

[2] The court notes that Petitioner's address on the petition form is different from the address written on the envelope. *Compare* Dkt. 1 (P.O. Box 467, Lancaster, CA 93539) *with* Dkt. 1-1 (P.O. Box 8457, Lancaster, CA 93539). The court has confirmed that the latter is the correct mailing address for California State Prison-Los Angeles County.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a State which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. *See id*. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). If the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

Here, Petitioner challenges a conviction and sentence incurred in the San Diego County Superior Court, which is within the venue of the Southern District of California. *See* 28 U.S.C. § 84. Because Petitioner is challenging his conviction, venue for the instant habeas action is proper in the district of conviction. 28 U.S.C. § 2241(d).

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Southern District of California.[3] The Clerk shall transfer the case forthwith.

If Petitioner wishes to further pursue this action, he must sign his petition and complete the IFP application form required by the United States District Court for the Southern District of California. He must then mail the signed petition as well as his completed IFP application form to that district.

IT IS SO ORDERED.

Dated: October 5, 2018

_____
DONNA M. RYU
United States Magistrate Judge

---

[3] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(B)(1)(A).

2

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN M. CASTRO CASTANEDA,

    Plaintiff,

v.

WARDEN,

    Defendant.

Case No. 4:18-cv-05586-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan M. Castro Castaneda ID: CDC: P 76819
California State Prison
P.O. Box 8457
Lancaster, CA 93539

Dated: October 5, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

3